IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE MICHAEL ERIC A.B. MAK, PETITIONER,

FOR THE ISSUANCE OF DISCOVERY IN AID OF FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. 1782.,

                                               /

No. C 12-80118 SI

**ORDER RE: HEARING SCHEDULED FOR SEPTEMBER 21, 2012**

On September 5, 2012, the Court issued an order directing George J. Grover to file a response in writing to petitioner's application for sanctions and contempt based on Mr. Grover's repeated failure to appear at depositions. Petitioner seeks to depose Mr. Grover in connection with a divorce proceeding between petitioner and Chan Wei Guang currently taking place in the High Court of the Hong Kong Special Administrative Region Court of First Instance. The Court has reviewed Mr. Grover's response (Dkt. 34) and petitioner's reply (Dkt. 33). Mr. Grover states in his response, "I am not sure if I am required to personally attend a hearing on Friday, September 21, 2012, at 11:00 A.M. Please advise me in writing in this regard." Dkt. 34 at 2.

The Court recognizes that Mr. Grover is proceeding *pro se*. Therefore, the Court reiterates that the purpose of the September 21, 2012 hearing is to provide Mr. Grover an opportunity to address the Court and respond to petitioner's application for sanctions and contempt. Petitioner has requested an order from the Court directing Mr. Grover to pay petitioner's attorneys fees and costs; ordering him to appear for his deposition at a fixed time and place in San Francisco, and produce all responsive documents without further objection; and ordering that, if Mr. Grover does not comply, he should be

fined $10,000 the first day, doubling each day thereafter, until he complies. The purpose of the September 21, 2012 hearing is to allow Mr. Grover to respond to petitioner's demands. If Mr. Grover fails to appear at the hearing, he gives up the opportunity to address the Court on these matters. More important, if Mr. Grover fails to appear, the Court may set a deposition date without input from Mr. Grover and may decide to impose fines if Mr. Grover does not appear for his deposition on the date set by the Court.

**The Court's hearing on petitioner's application for sanctions and contempt against Mr. Grover remains scheduled for Friday, September 21, 2012 at 11:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 14, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE